UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | Criminal No. M-25-0437-S1 |
| | § | |
| JINYI ZHENG | § | |

## CRIMINAL INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

On or about February 12, 2025, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JINYI ZHENG**

did knowingly possess material that contained videos and images of child pornography, which had been mailed, shipped and transported using any means and facility of interstate and foreign commerce, including by cellular telephone, and which were produced using materials which had been mailed, shipped, and transported in or affecting interstate and foreign commerce, by any means, including by cellular telephone, more specifically: the defendant possessed one Apple iPhone 14 cellphone, which contained videos and images of child pornography.

In violation of Title 18, United States Code, Section 2252A(a)(5)(B) and 2252A(b)(2).

## NOTICE OF FORFEITURE
### 18 U.S.C. § 2253(a)

Pursuant to Title 18, United States Code, Section 2253(a)(2) and (a)(3), the United States gives notice to the defendant,

**JINYI ZHENG**

that in the event of conviction for the offense charged in the Indictment, the following is subject to forfeiture:

(1) all property, real or personal, constituting or traceable to gross profits or other proceeds

obtained from the offense charged in the indictment; and

(2) all property, real or personal, used or intended to be used to commit or to promote the commission of the offense charged in the indictment, or any property traceable to such property, including, but not limited to, the following:

- One (1) Apple iPhone 14

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

*Alex D Paull*

ASSISTANT UNITED STATES ATTORNEY